```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                             :

CHICAGO BRIDGE & IRON COMPANY N.V.  :
AND CB&I UK LIMITED,                            :
                                                                            :      1:23-cv-4825-GHW
                                            Petitioners,  :
                                                                             :          <u>ORDER</u>
                          -v -                             :
                                                                             :
REFINERÍA DE CARTAGENA S.A.S.,    :
                                                                             :
                                            Respondent.  :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On June 8, 2023, Petitioners filed a petition to vacate an arbitration award. Dkt. No. 1. It is hereby ORDERED that Respondent's opposition is due no later than July 27, 2023. Petitioners' reply, if any, is due no later than August 17, 2023.

       The Petitioners shall serve the petition upon Respondent by June 20, 2023 and file an affidavit of such service by June 25, 2023.

       SO ORDERED.

Dated: June 12, 2023
       New York, New York

                                                                      _____
                                                                        GREGORY H. WOODS
                                                                    United States District Judge