```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
CHICAGO BRIDGE & IRON COMPANY N.V. :
AND CB&I UK LIMITED,              :
                                  :
                      Petitioners, :     1:23-cv-4825-GHW
                                  :
          -v -                    :           ORDER
                                  :
REFINERÍA DE CARTAGENA S.A.S.,    :
                                  :
                      Respondent. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On June 9, 2023, the Court ordered that Petitioners' memorandum of law, Dkt. No. 6, and the declaration of Stephen B. Shapiro and its exhibits, Dkt. No. 15, be provisionally sealed to permit Respondent to request redactions to any of those documents. Dkt. No. 18. On June 20, 2023, Respondent filed a letter indicating that it does not intend to make an application requesting redactions to any of those documents. Dkt. No. 21.

Accordingly, Petitioners' memorandum of law, Dkt. No. 6, and the declaration of Stephen B. Shapiro and its exhibits, Dkt. No. 15, are unsealed. The Clerk of Court is directed to remove the viewing restrictions on those documents.

SO ORDERED.

Dated: June 21, 2023
       New York, New York                    _____
                                             GREGORY H. WOODS
                                             United States District Judge