**MEMORANDUM ENDORSED**

# KING & SPALDING

King & Spalding LLP
500 W. 2nd Street
Suite 1800
Austin, Texas 78701

Tel: +1 512 457 2000
Fax: +1 512 457 2100
www.kslaw.com

Mike Stenglein
Austin Managing Partner
Direct Dial: +1 512 457 2003
Direct Fax: +1 512 457 2100
mstenglein@kslaw.com

July 21, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2023

**Via CM/ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Chicago Bridge & Iron Company N.V. et al. v. Refinería de Cartagena S.A.S.*, **Case No. 1:23-cv-04825-GHW -** Joint Request for Extension of Time and Establishment of Deadlines

Dear Judge Woods:

    King & Spalding LLP represents Respondent Refinería de Cartagena S.A.S. ("Reficar"). I write now, jointly with counsel for Petitioners, in the above-referenced action to request that the Court enter the attached proposed order which slightly modifies certain deadlines established by the Court and would establish further deadlines to allow for an orderly resolution of this proceeding related to an international arbitration award issued last month.

    Specifically, the Parties propose as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Reficar to file Response to Petitioners' Petition to Vacate and Reficar's Cross-Petition to Confirm | July 27, 2023 (response); none (petition to confirm) | August 4, 2023 |
| Petitioners to file Reply in Support of Petition to Vacate and Opposition to Cross-Petition to Confirm | August 17, 2023 (reply); none (opposition to Cross-Petition) | August 31, 2023 |
| Reficar to file Reply in Support of Cross-Petition to Confirm | None | September 22, 2023 |

Page 2

This is the parties' first request for an extension of time, it is being made jointly, and it made following discussions between counsel regarding the most efficient way to proceed with resolution of the Petition to Vacate as well as Reficar's forthcoming Cross-Petition to Confirm Arbitration Award.

Respectfully submitted,

| | |
|---|---|
| /s/ Mike Stenglein | /s/ Stephen B. Shapiro |
| Mike Stenglein | Stephen B. Shapiro |
| Counsel for Respondent | Counsel for Petitioners |

Application granted. Respondent's opposition and Reficar's cross-petition to confirm are due no later than August 4, 2023. Petitioner's reply, if any, and any opposition to the cross-petition to confirm are due no later than August 31, 2023. Reficar's reply in support of the cross-petition to confirm is due no later than September 22, 2023.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 32.

SO ORDERED.

Dated: July 24, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge