USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2023

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Michael F. Williams, P.C.<br>To Call Writer Directly:<br>+1 202 389 5123<br>michael.williams@kirkland.com | 1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>United States<br><br>+1 202 389 5000<br><br>www.kirkland.com | Facsimile:<br>+1 202 389 5200 |

**MEMORANDUM ENDORSED**

<u>VIA CM/ECF</u>

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

October 5, 2023

Re:   *Chicago Bridge & Iron Company N.V., et al., v. Refinera de Cartagena S.A.S.*, Case No. 1:23-cv-04825-GHW

Dear Judge Woods:

    We represent Petitioners Chicago Bridge & Iron Company N.V. and CB&I UK Limited in connection with the above-referenced action (together, "Petitioners" or "CB&I"). We write on behalf of CB&I pursuant to Your Honor's Individual Practices to request an adjournment of the hearing on Respondent's Motion for Pre-Judgment Attachment, presently scheduled for October 11, 2023 at 4:00 p.m., to the afternoon of October 12, 2023 or October 13, 2023.

    Petitioners' counsel is slated to be in trial in Houston, Texas on October 10, 2023 and October 11, 2023. We have consulted with counsel for Respondent, and they have indicated that they would agree to adjourn the hearing until the afternoon of October 12, 2023 or October 13, 2023, subject to the availability of the Court. Additionally, Petitioners have agreed to a modest extension of Respondent's reply in support of its Motion for Pre-Judgment Attachment from October 6, 2023 to and including October 8, 2023. This is Petitioners' first request to adjourn this hearing. No other deadlines will be affected by this request.

    We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Michael F. Williams*
Michael F. Williams, P.C.

Cc:   All counsel of record

---

Application granted. The hearing scheduled for October 11, 2023 is adjourned to October 13, 2023 at 2:00 p.m. Respondent's reply in support of its Motion for Pre-Judgment Attachment is due no later than October 8, 2023. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 69.

SO ORDERED.

Dated: October 6, 2023

_____
GREGORY H. WOODS
United States District Judge