UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHICAGO BRIDGE & IRON COMPANY N.V.
and CB&I UK LIMITED,

                          Petitioners,                            23 **CIVIL** 4825 (GHW)

       -against-                                         **JUDGMENT**

REFINERÍA DE CARTAGENA S.A.S.,

                          Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 10, 2025, Petitioners' motion to vacate the Award is DENIED and Respondent's cross-petition to confirm the Award is GRANTED. Judgment is entered in favor of Respondent Refinera de Cartagena S.A.S.; accordingly, the case is closed.

**Dated**: New York, New York
          January 13, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                     **Clerk of Court**

                                    **BY:**

                                                                      **Deputy Clerk**